JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANNA MCLAURIN,

Plaintiff,

vs.

SANOFI US SERVICES INC. et al.,

Defendants.

Case No.: 2:23-cv-09546-AB-KS

Judge: Hon. Andre Birotte Jr.

**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

In its October 20, 2025, Order granting Counsel's Motion to Withdraw, the Court designated Plaintiff Anna McLaurin to be representing herself pro se, and ordered that she must file a report indicating whether she intended to pursue this case, or the case would be dismissed for failure to prosecute. *See* Order (Dkt. No. 37). The report was due by December 19, 2025.

As of the date of this Order, Plaintiff has not filed a report. Therefore, the Court **DISMISSES** this action for failure to prosecute.

**SO ORDERED.**

Dated: January 15, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE